**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 10-cv-00034-RPM-KMT

DEBRA KELLEY,

      Plaintiff,

v.

RECEIVABLES PERFORMANCE MANAGEMENT, LLC,
a Washington limited liability company,

      Defendant.

---

**ORDER DISMISSING CASE WITH PREJUDICE**

THE COURT having reviewed the Notice of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) and being fully advised in the premises, DOES HEREBY ORDER that this case is Dismissed with Prejudice, with each party to pay her or its own attorney's fees and costs.

DATED: January 28th, 2010

      BY THE COURT:

      s/Richard P.Matsch
      _____
      Richard P. Matsch, Senior District Judge